## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
#### Western Division
#### Docket No. 5:09-CR-366-1BO

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | **ON REMAND** |
| | ) | |
| Hollie Lynn Chaimowitz | ) | |

On May 10, 2013, Hollie Lynn Chaimowitz appeared before the Honorable Terrence W. Boyle, U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Possession of Stolen Mail, 18 U.S.C. § 1708 was sentenced to the custody of the Bureau of Prisons for a term of 24 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Hollie Lynn Chaimowitz was released from custody and the term of supervised release commenced on November 10, 2011.

From evidence presented at the revocation hearing on May 10, 2013, the court finds as a fact that Hollie Lynn Chaimowitz, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal association.
2. Criminal conduct.
3. Leaving the judicial district without the permission of the court or probation officer.
4. Failure to notify the probation officer ten days prior to any change in residence.
5. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked. Pursuant to the Order of Remand issued February 5, 2014, the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 21 months with credit for time previously served.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 9th day of April, 2014.

Terrence W. Boyle
U.S. District Judge